FILED'06 FEB 24 10:23 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL SCOTT JACKSON,

       Petitioner,      Civil No. 05-851-TC

       v.                      FINDINGS AND
                                RECOMMENDATION

CHARLES DANIELS,

       Respondent.

COFFIN, Magistrate Judge.

By Order (#13) entered November 3, 2005, petitioner was allowed 30 days to show cause why his unopposed petition for habeas corpus relief under 28 U.S.C. § 2241 should not be denied and this proceeding dismissed. Petitioner has not responded.

The record before the court indicates that petitioner was convicted of a crime of violence and is thus ineligible for a one year sentence reduction upon completion of the Bureau of

1 - FINDINGS AND RECOMMENDATION

Prisons Drug and Alcohol Treatment Program. 18 U.S.C. § 3621(e)(2)(b); Paulson v. Daniels, 413 F.3d 999 (9th Cir. 2005). The BOP properly calculated petitioner's sentence under the circumstances of this case.

Moreover, the record reflects that petitioner was released from custody on January 22, 2006.

Petitioner's Petition (#1) should be denied. This proceeding should be dismissed on the ground that petitioner's claim is moot and for failure to prosecute.

DATED this 24 day of February, 2006

Thomas M. Coffin
United States Magistrate Judge